UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Michael Robinson
66 Buckhorn Rd
Bloomsburg PA 17815
(Enter above the full name of plaintiff in this action)

CIVIL CASE NO: _____
(to be supplied by Clerk of the District Court)

v.

Northumberland County
State of Pennsylvania
Et al.

(Enter above the full name of the defendant(s) in this action)

**FILED WILLIAMSPORT**

JUN 23 2023

PER____NR____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff __Michael Robinson__ a citizen of the County of __Northumberland__ State of Pennsylvania, residing at __66 Buckhorn Rd. Bloomsburg PA 17815__ wishes to file a complaint under __14th Amendment 6th Amendment Speedy Trial Rule Due Process Rule 600 violation - PA Crim law__ (give Title No. etc.)

2. The defendant is __Northumberland County Anthony Matulewicz State of PA Gov. Josh Shapiro__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) __See Docs Attached__

3. (CONTINUED) I state my Rights Have been Stolen I have Suffered Physical and Emotional harm I have Been Deprived of my Happiness my voting Rights my Health has been effected my Ability to Earn a living I was Held against my will in Jail abused by Guards and Inmates in a Conspiracy to Hurt me. Ect. Ect. Ect, see Attached Document Proof beyond a Doubt my Rights have been violated I Demand my Day in Court without a Jury of my peers.

4. WHEREFORE, plaintiff prays that I want Justice and Monetary Damages awarded, For my losses Physical and Emotional and Financial For the Harm Caused to me By these listed Defendants on 10/12 2022 in Case #

(Signature of Plaintiff)  Pro Se



Mike Robinson
66 Buckhorn Rd.
Bloomsburg, PA 17815

US Federal Court
240 3Rd. St.
Williamsport PA. 17701

RECEIVED
WILLIAMSPORT
JUN 23 2023
PER NR
DEPUTY CLERK